IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD DENSON, | ) |
| Plaintiff, | ) Civil Action No. 09-685 |
| | ) |
| v. | ) JUDGE GARY L. LANCASTER |
| | ) |
| M.I. FRIDAY MASONRY, INC., | ) Electronically Filed |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

Date: 1-19-10

Gary L. Lancaster, Judge